UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TIMOTHY & SHEMAN BERNARD | CIVIL ACTION NO. 6:17-CV-1326 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| CITY OF LAFAYETTE, ET AL | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiffs' civil rights complaint be **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

Shreveport, Louisiana, this 2 day of July, 2018.

JUDGE DONALD E. WALTER
UNITED STATES DISTRICT JUDGE